FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

| | |
|---|---|
| In Re: Rodney Dixon Dorand | Bankruptcy Case No.: 21–30205–KKS |
| The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator et al.<br>Plaintiff(s)<br><br>vs<br><br>Rodney Dixon Dorand<br>Defendant(s) | Adversary Case No.: 21–03006–KKS |

**Notice of Status Conference**
**via Telephone**

PLEASE TAKE NOTICE that a Status Conference will be held on December 15, 2021, at 10:00 AM, Central Time, via CourtCall.

*1* – Adversary case 21–03006. (91 (Declaratory judgment)): Complaint by The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator against Rodney Dixon Dorand ( Fee Amount $350) (Attachments: # 1 Exhibit Exhibit 1–– Individual Trust Agreement # 2 Exhibit AP Cover Sheet) (Wooten, Nicholas)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

| | |
|---|---|
| Dated: October 19, 2021 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.