United States Bankruptcy Court

Northern District of Florida

The Estates of Robert Moss and Brenda Mo,
    Plaintiff

Dorand,
    Defendant

Adv. Proc. No. 21-03006-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-3      User: jwecan      Page 1 of 2
Date Rcvd: Oct 19, 2021      Form ID: nhstats      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Mary Ida Townson, United States Trustee, Region 21, 110 E. Park Ave., Suite 120, Tallahassee, FL 32301-7729 |
| dft | + | Rodney Dixon Dorand, 58 Dunetop Terrace, Santa Rosa Beach, FL 32459-5144 |
| pla | + | The Estates of Robert Moss and Brenda Moss by Dana, c/o Nick Wooten, Nick Wooten, LLC, 5125 Burnt Pine Drive, Conway, Ar 72034-7497 |
| 2404127 | + | Robert J. Powell, Esq., Moorhead Law Group, PLLC, 127 Palafox Place, Ste 200, Pensacola, FL 32502-5698 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Oct 19 2021 23:07:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| pla | + | Email/Text: Sherry.chancellor@yahoo.com | Oct 19 2021 23:07:00 | Sherry F. Chancellor, Law of Sherry F. Chancellor, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | UST MeetingCalendarMaintenance |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 1129-3 | User: jwecan | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: nhstats | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas Heath Wooten | on behalf of Plaintiff The Estates of Robert Moss and Brenda Moss by Danae Brown Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator nick@nickwooten.com, linnea@nickwooten.com |
| Robert James Powell | on behalf of Defendant Rodney Dixon Dorand rpowell@moorheadlaw.com heidi@moorheadlaw.com;kturk@moorheadlaw.com |
| Sherry Chancellor | on behalf of Plaintiff Sherry F. Chancellor sherry.chancellor@yahoo.com FL50@ecfcbis.com |

TOTAL: 3

FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

| | |
|---|---|
| In Re:  Rodney Dixon Dorand | Bankruptcy Case No.:  21−30205−KKS |

| | |
|---|---|
| The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator et al.<br>Plaintiff(s)<br><br>vs<br><br>Rodney Dixon Dorand<br>Defendant(s) | Adversary Case No.:  21−03006−KKS |

**Notice of Status Conference
via Telephone**

PLEASE TAKE NOTICE that a Status Conference will be held on December 15, 2021, at 10:00 AM, Central Time, via CourtCall.

*1* − Adversary case 21−03006. (91 (Declaratory judgment)): Complaint by The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator against Rodney Dixon Dorand ( Fee Amount $350) (Attachments: # 1 Exhibit Exhibit 1−− Individual Trust Agreement # 2 Exhibit AP Cover Sheet) (Wooten, Nicholas)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

| | |
|---|---|
| Dated: October 19, 2021 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**SERVICE:**  Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.